IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETS

| | |
|---|---|
| MUTUAL RISK MANAGEMENT LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>)<br>JOHN HANCOCK LIFE INSURANCE )<br>COMPANY f/k/a JOHN HANCOCK )<br>MUTUAL LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | 1:05-mc-10108-WGY<br>Re: Action Pending in the<br>EasternDistrict of<br>Pennsylvania<br>(C.A. No. 04-0347 NS) |

**ASSENTED TO MOTION TO WITHDRAW MUTUAL RISK MANAGEMENT LTD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA**

Mutual Risk Management, Ltd. hereby moves to withdraw its motion to compel without prejudice. In support of its Motion, MRM states:

1. Based on further discussions among the parties, MRM's does not need the court to decide the Motion to Compel at this time;

2. This withdrawal is without prejudice;

3. Manulife Financial Corp. the party against whom relief was sought assents to this withdrawal.

879753.1

Respectfully Submitted,

_____
Ilan N. Barzilay (BBO #643978)
ibarzilay@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel. 617.646.8000
Fax 617.646.8646


OF COUNSEL
Douglas Y. Christian
Kelley A. Grady
Jeanne T. Donnelly
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

                            Attorneys for Plaintiff
                            Mutual Risk Management

Date: March 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw Motion to Compel was served this 18th day of March, 2005, on the following counsel of record:

**Via First Class Mail**
Kathryn A. Dux, Esquire
German, Gallagher & Murtagh
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA  19102

**Via First Class Mail**
Mitchell S. King, Esquire
Joseph S. Sano, Esquire
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109

Ilan N. Barzilay

879753.1